**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**REBECCA NICHOLS**                                                        **PLAINTIFF**

            **v.**            **Civil No. 05-3031**

**SOUTHERN REFRIGERATED**
**TRANSPORT, INC.**                                                        **DEFENDANT**

## O R D E R

Now on this 20th day of July, 2006, comes on for consideration the parties' **Joint Motion To Dismiss** (document #31), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                    **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**